IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| PAUL TRICE,<br><br>    Plaintiff,<br><br>v.<br><br>FINISHWORKS, L.L.C.,<br><br>    Defendant. | Case No.1:15-cv-89-WCL-SLC |

## JOINT AGREED STIPULATION OF DISMISSAL OF ACTION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Paul Trice, by his attorney, and the Defendant, Finishworks, L.L.C., by its attorneys, Littler Mendelson, P.C., hereby stipulate to the dismissal of this case with prejudice. In support of this Stipulation, the parties state as follows:

1. The parties have resolved their dispute.
2. The lawsuit shall be dismissed with prejudice in its entirety.
3. Each party shall bear their own attorney's fees, costs, and expenses.

Respectfully submitted,

| | |
|---|---|
| /s/ T. Michael Doyle (With Permission)<br>T. Michael Doyle (P12931)<br>Doyle & Malinzak, P.C.<br>45 Blue Star Highway<br>Douglas, Michigan 48864<br>Telephone: 269.857.3111<br>Facsimile:  269.857.3114<br>*Counsel for Plaintiff* | /s/ O. Hanna Badmus<br>Paul E. Bateman (#6188371)<br>O. Hanna Badmus (#6308524)<br>LITTLER MENDELSON, P.C.<br>321 North Clark Street, Suite 1000<br>Chicago, IL  60654<br>Telephone: 312.372.5520<br>Facsimile:  312.372.7880<br>*Counsel for Defendant* |

Dated:  October 16, 2015

## CERTIFICATE OF SERVICE

I hereby certify that I have this 16th day of October, 2015 filed a copy of the foregoing *Joint Agreed Stipulation of Dismissal of Action* electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>T. Michael Doyle
>DOYLE & MALINZAK, P.C.
>45 Blue Star Highway
>Douglas, Michigan  48864
>Email:  tmichael06t@aol.com

/s/ *O. Hanna Badmus*
_____
O. Hanna Badmus